FILED

MAR 17 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00921 PJH (DMR) |
|---|---|---|
| Plaintiff, | ) | No. CR 4-11-70234-MAG (DMR) |
| v. | ) | DETENTION ORDER |
| GABRIEL JORDAN SMITH, | ) | |
| Defendant. | ) | |

I. DETENTION ORDER

Defendant Gabriel Jordan Smith is charged in an indictment filed in the Northern District of California (No. CR 10-00921 PJH) with armed bank robbery in violation of 18 U.S.C. §§2113(a) & (d). He is also charged in an indictment filed in the Eastern District of California (No. CR 4-11-70234 MAG) with armed bank robbery in violation of 18 U.S.C. §§2113(a) and (d). On March 9, 2011, the United States moved for Mr. Smith's detention on both indictments and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Defendant did not request a full bail study at this time. Pretrial Services did, however, prepare a criminal record report. The detention hearing, originally scheduled for March 14, 2011, was continued to March

DETENTION ORDER
CR 10-00921 PJH (DMR)
CR 4-11-70234 MAG (DMR)

1

cc: Copy to parties via ECF, Nichole, Pret. Svcs., & certified copies to US Marshal

17, 2011 at the request of defense counsel. At the March 17, 2011 hearing before this Court, Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise), but he retained his right to raise any additional relevant information at a later hearing.

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Smith as a serious risk of flight and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Smith. Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Mr. Smith shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: March 17, 2011

_____
DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 10-00921 PJH (DMR)
CR 4-11-70234 MAG (DMR)

2